1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KESSLER,

               Plaintiff,

       v.

DUMPLING OF FURY LLC, *et al.*,

               Defendants.

CASE NO.  C20-1740RSL

ORDER GRANTING LEAVE
TO AMEND

     This matter comes before the Court on plaintiff's unopposed motion to amend the complaint to amend the caption and named defendants in this action. The motion is GRANTED. Plaintiff shall, within 7 days of the date of this Order, file an amended pleading substantially in the form of Dkt. # 9-1. The amended pleading will replace the existing complaint in its entirety.

     Dated this 15th day of January, 2020.

*MKt S Lasnik*
_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE
TO AMEND – 1