UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>        Plaintiff,<br><br>v.<br><br>CARMELO TERRANA, ARTHUR TERRANA, MARY KIRCHNER, GINA TERRANA, and THINKING MAN'S L.L.C.,<br><br>        Defendants. | Case No.: 2:20-cv-1740-RSL<br><br>**ORDER GRANTING CARMELO TERRANA, ARTHUR TERRANA, MARY KIRCHNER, AND GINA TERRANA'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |

THIS MATTER having come before the Court on Defendants Carmelo Terrana, Arthur Terrana, Mary Kirchner, and Gina Terrana's (collectively, the "Individual Defendants") Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the First Amended Complaint, the Motion is **GRANTED** and it is hereby **ORDERED THAT**:

The Individual Defendants shall have until March 24, 2021 to answer or otherwise respond to the First Amended Complaint.

Dated this 17th day of February, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT - 1
(2:20-cv-1740-RSL)

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000