# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>    Plaintiff,<br><br>    -vs-<br><br>CARMELO TERRANA, ARTHUR TERRANA, MARY KIRCHNEER, GINA TERRANA, and THINKING MAN'S LLC, individually.<br><br>    Defendants. | Cause No. 2:20-cv-1740<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTIONS CALENDAR:<br>May 18, 2021 |

  Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

  **IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

    Dated this _____ day of _____, 2021.

                _____
                United States District Court Judge

DATED this 18 May 2021.

Respectfully submitted,

*/s/ M. William Judnich*
M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
MJ@Enabledlawgroup.com
*Attorney for Plaintiff*


*/s/ Gary Trabolsi*
Gary Trabolsi
 WSBA No. 13215
 Gardner Trabolsi & Associates
 2200 Sixth Ave, Suite 600
 Seattle, WA 98121
 (206) 256-6309
gtrabolsi@gandtlawfirm.com
*Attorney for Defendant Thinking Man's LLC*

*/s/ Sydney Safley*
Sidney M. Safley
 WSBA No. 50304
 Holmquist & Gardiner, PLLC
 1000 Second Ave, Suite 1770
 Seattle, WA 98104
 (206) 438-9083
 sydney@lawhg.net
*Attorney for Defendant Thinking Man's LLC*

*/s/ Joshua Harms*
Joshua Harms
WSBA#
Stokes Lawrence, PS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1420 5th Ave, Suite 3000
Seattle, WA 98101
(206) 626-6000
Josh.harms@stokeslaw.com
*Attorney for Defendants Terrana's and Kirchner*
